Todd M. Friedman, Esq.- State Bar #216752
Darin Shaw, Esq.-State Bar #251037
Law Offices of Todd M Friedman, P.C.
369 South Doheny Drive, #415
Beverly Hills, CA 90211
T:  (877) 206-4741
F: (866) 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff, STEPHEN SMITH

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| STEPHEN SMITH, | ) | **Case No.: 3:10-CV-02647-DMS-WVG** |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| GLOBAL CREDIT & COLLECTION CORPORATION, | ) | |
| Defendant. | ) | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 28th day of April, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 28th day of April, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable William V. Gallo
United States District Court
Southern District of California

David Kaminski
CARLSON & MESSER LLP
5959 W. Century Blvd., #1214
Los Angeles CA 90045
Attorney for Defendant

This 28th day of April, 2011.

s/Todd M. Friedman
Todd M. Friedman