# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SMITH,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION,<br><br>　　　　　　　　　　Defendant. | CASE NO. 10CV2647 DMS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

　　　The Parties have filed a joint motion to dismiss the above-captioned matter. The motion is hereby granted. The matter is dismissed with prejudice. Each Party is to bear its own costs and attorneys' fees.

　　　**IT IS SO ORDERED.**

DATED: June 22, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　United States District Judge